UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

BRIAN GARRIO,

Defendant.

**INDICTMENT**

26 Cr. 553

**COUNT ONE**
**(Threatening a Federal Law Enforcement Officer)**

The Grand Jury charges:

1. On or about December 12, 2025, in the Southern District of New York and elsewhere, BRIAN GARRIO, the defendant, knowingly threatened to assault, kidnap, and murder a Federal law enforcement officer, with intent to impede, intimidate, and interfere with such law enforcement officer while engaged in the performance of official duties, and with intent to retaliate against such law enforcement officer on account of the performance of official duties, to wit, GARRIO sent text messages to his attorney using a cellphone that he knew to be monitored by a particular United States Probation Officer Specialist in which GARRIO threatened to murder and otherwise harm that United States Probation Officer Specialist.

(Title 18, United States Code, Section 115(a)(1)(B).)

**COUNT TWO**
**(Threatening Interstate Communications)**

The Grand Jury further charges:

2. On or about December 12, 2025, in the Southern District of New York and elsewhere, BRIAN GARRIO, the defendant, knowingly transmitted in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, GARRIO

sent text messages to his attorney using a cellphone that he knew to be monitored by a particular United States Probation Officer Specialist in which GARRIO threatened to murder and otherwise harm that United States Probation Officer Specialist.

(Title 18, United States Code, Section 875(c).)

**FORFEITURE ALLEGATION**

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, BRIAN GARRIO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

**Substitute Assets Provision**

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

[redacted]
FOREPERSON

James M. McDonald
JAMES M. MCDONALD
United States Attorney